IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTEGRATED CLAIMS SYSTEMS, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO: 2:14-cv-735 |
| | § | |
| CARE N' CARE INSURANCE COMPANY, | § | DEMAND FOR JURY TRIAL |
| INC., | § | |
| Defendant. | § | |
| | § | |

**PLAINTIFF INTEGRATED CLAIMS SYSTEMS, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Integrated Claims Systems, LLC ("ICS"), by its undersigned counsel, hereby submits its Corporate Disclosure Statement.

No parent corporation or publicly held corporation owns 10% or more of ICS's stock.

DATED: July 2, 2014                Respectfully submitted,

                                    */s/ Charles Ainsworth*
                                    Charles Ainsworth
                                    State Bar No. 00783521
                                    Email: charley@pbatyler.com
                                    **Parker, Bunt & Ainsworth, P.C.**
                                    100 E. Ferguson, Suite 1114
                                    Tyler, Texas 75702
                                    Phone: (903) 531-3535
                                    Fax: (903) 533-9687


                                    John F. Ward *(admitted E. D. Tex.)*
                                    Email: jward@wardzinna.com
                                    David G. Lindenbaum *(admitted E. D. Tex.)*
                                    Email: dlindenbaum@wardzinna.com
                                    Patrick R. Colsher *(admitted E. D. Tex.)*
                                    Email: pcolsher@wardzinna.com
                                    **WARD & ZINNA, LLC**

382 Springfield Avenue
Summit, New Jersey 07901
Phone: (908) 277-3333
Fax: (908) 277-6373

*Attorneys for Plaintiff*
*Integrated Claims Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served July 2, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Charles Ainsworth*
CHARLES AINSWORTH